**Order entered March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01002-CV

**DOUGLASS WENTWORTH, Appellant**

**V.**

**LARRY WELSH, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-02448-C**

## ORDER

We **GRANT** appellant's March 18, 2014 unopposed motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellant on March 17, 2014 filed as of that date.

/s/    ADA BROWN
       JUSTICE